### 7242

### DES CHAMPS v. ATLANTIC COAST LINE R. R.

Appeal—New Trial.—A Circuit order affirming an order of magistrate granting new trial on after-discovered evidence, is not appealable.

Before Wilson, J., Sumter, July, 1908.      Affirmed.

Action by L. W. DesChamps against Atlantic Coast Line R. R. From Circuit order, affirming order of magistrate granting new trial, plaintiff appeals.

*Mr. L. D. Jennings,* for appellant, cites: *What must be established to obtain a new trial on after-discovered evidence?* 33 S. C., 403; 15 S. C., 540; 16 S. C., 116; 8 Ency. Ev., 996; 15 S. C., 547; 14 Ency. P. & P., 824, 796; 29 Cyc., 885, 874; 68 S. C., 476. *Knowledge of agent is knowledge of principal:* 50 S. C., 290.

*Mr. Mark Reynolds,* contra, cites: *What after-discovered evidence supports new trial:* 29 Cyc., 881; 15 S. C., 540; 33 S. C., 403; 16 S. C., 116; 47 S. C., 275; 25 S. C., 174; 16 S. C., 624; 38 S. C., 226.

July 17, 1909. The opinion of the Court was delivered by

Mr. Justice Gary. This is an appeal from an order of the Circuit Court, affirming an order of the magistrate granting a new trial, on the ground of after-discovered evidence.

The case of *Pace & Co.* v. *Ry.,* in which the opinion was recently filed, *infra* 33, shows that the order is not appealable.

Appeal dismissed.